

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00174-CV

**CARDINAL MIDSTREAM II, LLC,**

**Appellant**

**v.**

**ETC NORTHEAST FIELD SERVICES, LLC,**

**Appellee**

**From the 82nd District Court
Robertson County, Texas
Trial Court No. 22-09-21523-CV**

## MEMORANDUM OPINION

Cardinal Midstream II, LLC, and ETC Northeast Field Services, LLC, have filed a "Joint Motion to Dismiss Appeal" asserting that they have settled their disputes in the underlying proceeding. Accordingly, the parties request that we dismiss this appeal with prejudice, and that we expedite issuance of the mandate.

Accordingly, the parties' "Joint Motion to Dismiss Appeal" is granted. Costs of appeal are taxed against the party incurring same. TEX. R. APP. P. 42.1(d). And we order that this Court's mandate in this case shall issue immediately. *See id.* R. 18.1(c).

MATT JOHNSON
Justice

Before Justice Johnson,
      Justice Smith, and
      Justice Davis[1]
Dismissed
Opinion delivered and filed October 24, 2024
[CV06]



---

[1] The Honorable Rex Davis, Senior Justice (Retired) of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.